UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

| | | |
|---|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE): MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION | : | 3:09-md-02100-DRH-PMF |
| | : | MDL No. 2100 |
| | : | |
| KIMBERLY SWIGART, | : | Judge David R. Herndon |
| Plaintiff | : | |
| vs. | | |
| | : | |
| BAYER CORPORATION et al., | : | |
| Defendants. | : | Civil Action No.: 3:2009-cv-20129 |

------------------------------------------------------------ X

ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT

Upon consideration of Plaintiff's Motion for Leave to File a First Amended Complaint (3:2009-cv-20129 Doc. 24), the Court hereby ORDERS as follows: Plaintiff's Motion is GRANTED.  Further, the Court DIRECTS Plaintiff to file the amended complaint instanter.

SO ORDERED:


/s/  David R. Herndon
Chief Judge
United States District Court                    DATE: May 5, 2010